UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DISTRICT

In re:                                                              CASE NO.: 6:10-bk-01572-ABB

ANTONE EUGENE DAVIS and                          Chapter 7
CATHERINE MARIE DAVIS,

    Debtors.
_____/

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY
BY BUFFALO'S FRANCHISE CONCEPTS, INC. AND REQUEST FOR HEARING**

COMES NOW, Buffalo's Franchise Concepts, Inc. ("Buffalo's"), by and through its undersigned attorneys, and files this Motion for Relief from the Automatic Stay pursuant to Section 362(d) of the Bankruptcy Code and in support thereof states as follows:

1. On February 2, 2010, Antone Eugene Davis and Catherine Marie Davis, Debtors ("Debtors"), filed their Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code in Orlando, Florida.

2. On February 3, 2010, Emerson C. Noble was appointed the Chapter 7 Trustee.

3. The Affidavit of Rodger D. Moss, Jr. is attached hereto as Exhibit "A" in support of this Motion and is incorporated by reference herein.

4. On July 7, 2005, the Rocky Top Holdings, LLC and the Debtors executed a Franchise Agreement in favor of Buffalo's regarding a restaurant in Clermont, Florida. A true and correct copy of the Franchise Agreement is attached hereto as Exhibit "B" and incorporated by reference herein.

5. Pursuant to the Franchise Agreement, Debtors and the related corporate entities agreed to the terms and the Name and Mark of "Buffalo's Southwest Café" and to maintain

1

certain items related to the Name and Mark which are currently located in a closed restaurant in Clermont, Florida.

6. On July 7, 2005, the Debtors executed a Guaranty and Subordination Agreement. A true and correct copy of the Guaranty is attached hereto as Exhibit "C" and incorporated by reference herein.

7. On June 17, 2007, the Debtors executed a Transfer and Release Agreement between Buffalo's as franchisor, Rocky Top Holdings, LLC as franchisee and transferor and Buffalos Clermont, LLC as transferee. A true and correct copy of the Transfer and Release Agreement is attached hereto as Exhibit "D" and incorporated by reference herein.

8. On July 12, 2007, the Debtors executed a Second Guaranty and Subordination Agreement. A true and correct copy of the Second Guaranty is attached hereto as Exhibit "E" and incorporated by referenced herein.

9. Buffalo's obtained a Final Order and Default Judgment against Debtors on September 24, 2009 in the amount of $85,869.19 in the Superior Court of Cobb County, Georgia. A true and correct copy of the Georgia Judgment is attached hereto as Exhibit "F" and incorporated by reference herein.

10. The Georgia Judgment was domesticated in Florida and Garnishment proceedings were filed against Debtors and related corporate entities. True and correct copies of the relevant Florida Garnishment pleadings are attached hereto as Composite Exhibit "G" and incorporated by reference herein.

11. SunTrust Bank as Garnishee filed an Answer on January 28, 2010. A true and correct copy of the Answer of Garnishee, SunTrust Bank is attached hereto as Exhibit "H" and incorporated by reference herein.

12.   The Debtors have Safety Deposit Box Number 2634 located at SunTrust Bank, 581 East Highway 50 in Clermont, Florida.

13.   Buffalo's believes there are undisclosed assets of the Debtors in Safety Deposit Box Number 2634 at SunTrust Bank and requests an inventory be ordered by the Court and that Debtors produce the key to save the $219.00 drilling fee.

14.   Buffalo's also seeks relief from the Automatic Stay under §362(d) of the Bankruptcy Code to terminate the Franchise Agreement between Buffalo's and the Debtors and to recover all items related to the Name and Mark of "Buffalo's Southwest Café".

15.   "Cause" exists for lifting the automatic stay under §362(d) of the Bankruptcy Code because the Debtors have defaulted, Judgment has been entered and garnishment proceedings litigated and Debtors cannot provide adequate protection under §361 of the Bankruptcy Code.

16.   The Debtors have not satisfied the Georgia Judgment obtained by Buffalo's.

WHEREFORE, Buffalo's Franchise Concepts, Inc. prays that this Court will enter an Order Granting Relief from the Automatic Stay pursuant to §362(d) of the Bankruptcy Code and permit inventory of SunTrust Safety Deposit Box Number 2634, termination of the Franchise Agreement, allow recovery of Name and Mark items of "Buffalo's Southwest Café" and to pursue its remedies against all other collateral pledged by the Debtors and for such other relief as is just and proper of the circumstance of the case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion and Exhibits have been furnished via First Class U.S. Mail and/or electronic transmission to: Stephen J. Berlinsky, Esquire, The Berlinsky Law Firm, PA, 637 Eighth Street, Clermont, FL 34711,

3

*attorney for Debtors*; Antone Eugene Davis and Catherine Marie Davis, 11435 Lake Louisa Road, Clermont, FL 3471, *Debtors*; Emerson C. Noble, Post Office Box 195008, Winter Springs, FL 32719-5008, *Trustee*; and Robert L. Case, Esquire, Stovash, Case & Tingley, P.A., SunTrust Center 200 S. Orange Avenue, #1220, Orlando, FL 32801, *attorney for SunTrust Bank*, on this 31st day of March, 2010.

*/s/ Richard Blackstone Webber II*
Richard Blackstone Webber II, Esquire
Florida Bar No.: 0608394
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 E. Robinson St., Ste. 600
P.O. Box 3000
Orlando, FL 32802
(407) 425-7010
Attorneys for Creditor,
Buffalo's Franchise Concepts, Inc.

RBW/msh
10313-2