IN THE CIRCUIT COURT OF THE FIFTH
JUDICIAL CIRCUIT, IN AND FOR LAKE
COUNTY, FLORIDA

CASE NO.: 09-CA-7171

BUFFALO'S FRANCHISE CONCEPTS, INC.,

    Plaintiff,

vs.

BUFFALOS CLERMONT, L.L.C., et al.,

    Defendants,

and

SUNTRUST BANK,

    Garnishee.

_____/

## NOTICE TO DEFENDANTS

TO:  Buffalos Clermont, L.L.C.        Rocky Top Holdings, LLC
       a/k/a Buffalos Clermont, LLC    11435 Lake Louisa Road
       11435 Lake Louisa Road         Clermont, FL  34711
       Clermont, FL  34711

       Antone E. Davis              Carrie Davis
       a/k/a Antone Eugene Davis     a/k/a Catherine Marie Davis
       11435 Lake Louisa Road         a/k/a Catherine M. Davis
       Clermont, FL  34711          11435 Lake Louisa Road
                                Clermont, FL  34711

You will please take notice that on January 14, 2010, the Plaintiff filed a Motion for Issuance

of Writ of Garnishment After Judgment, a copy of which is attached hereto as Exhibit "A" and by

reference made a part hereof, and that on January 14, 2010, the Clerk of the Circuit Court in and for

Lake County, Florida, issued a Writ of Garnishment, a copy of which is attached hereto as Exhibit



**EXHIBIT**

"G"

"B" and by reference made a part hereof, on SunTrust Bank as Garnishee.    Attached hereto as

Exhibit "C" and incorporated herein is a Notice to Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to: Buffalos Clermont, L.L.C., a/k/a Buffalos Clermont, LLC, 11435 Lake Louisa Road, Clermont, FL 34711; Rocky Top Holdings, LLC, 11435 Lake Louisa Road, Clermont, FL 34711; Antone E. Davis, a/k/a Antone Eugene Davis, 11435 Lake Louisa Road, Clermont, FL 34711; and Carrie Davis, a/k/a Catherine Marie Davis, a/k/a Catherine M. Davis, 11435 Lake Louisa Road, Clermont, FL 34711, on this 25th day of January, 2010.

Mark J. Chmielarski, Esquire
Florida Bar No.: 854425
Rodger D. Moss, Jr., Esquire
Florida Bar No.: 0153915
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 E. Robinson St., Ste. 600  (32801)
P.O. Box 3000
Orlando, FL  32802
Telephone:  (407) 425-7010
Facsimile:  (407) 425-2747
Counsel for Plaintiff, Buffalo's Franchise Concepts, Inc.

RDM/msh
0313-1

2

IN THE CIRCUIT COURT OF THE FIFTH
JUDICIAL CIRCUIT, IN AND FOR LAKE
COUNTY, FLORIDA

CASE NO.: 09-CA-7171

BUFFALO'S FRANCHISE CONCEPTS,
INC.,

      Plaintiff/Judgment Creditor,

vs.

BUFFALOS CLERMONT, L.L.C., a/k/a
BUFFALOS CLERMONT, LLC, et al.

      Defendants/Judgment Debtors,

vs.

SUNTRUST BANK,

      Garnishee.
_____/

## PLAINTIFF'S MOTION FOR ISSUANCE OF
## WRIT OF GARNISHMENT AFTER JUDGMENT

     Plaintiff, Buffalo's Franchise Concepts, Inc., by and through its undersigned counsel, and

pursuant to Section 77.03, Florida Statutes, moves for the issuance of a Writ of Garnishment after

Judgment as to Garnishee, SunTrust Bank, and as grounds therefore states as follows:

     1.    On December 11, 2009, Plaintiff/Judgment Creditor recorded a Foreign Judgment

against the Defendants, Buffalos Clermont, LLC a/k/a Buffalo's Clermont, LLC, Rocky Top

Holdings, LLC, Antone E. Davis a/k/a Antone Eugene Davis, Carrie Davis a/k/a Catherine Marie

Davis a/k/a Catherine M. Davis, in the amount of $85,869.19, with interest to accrue from the date of

the award (September 24, 2009) at the legal rate in accordance with O.C.G.A. §7-4-12.

     2.    There remains due and owing on the judgment the sum of $85,869.19, plus post-



judgment costs and post-judgment interest accumulated at the legal rate in accordance with O.C.G.A. §7-4-12 from September 24, 2009.

    3.   Plaintiff has reason to believe that Garnishee, SunTrust Bank, may have in its possession or control money belonging to Defendants.

    4.   Plaintiff has deposited $100.00 into the Court Registry to pay for Garnishee's attorneys' fees, in accordance with Section 77.28, Florida Statutes.

    5.   Plaintiff has attached a Writ of Garnishment hereto as Exhibit "B."

WHEREFORE, Plaintiff moves for the issuance of a Writ of Garnishment by the Clerk of Lake County, Florida, against Garnishee, SunTrust Bank, which Plaintiff has reason to believe may have in its hands, possession or control goods, money, chattels or effects belonging to Defendants, Buffalos Clermont, LLC a/k/a Buffalo's Clermont, LLC, Rocky Top Holdings, LLC, Antone E. Davis a/k/a Antone Eugene Davis, Carrie Davis a/k/a Catherine Marie Davis a/k/a Catherine M. Davis.

DATED this _13__ day of January, 2010.

Rodger D. Moss, Jr., Esquire
Florida Bar No.: 0153915
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
P.O. Box 3000
315 E. Robinson St., Ste. 600
Orlando, FL 32802
Telephone: (407) 425-7010
Facsimile: (407) 425-2747
Counsel for Plaintiff

RDM/msh

IN THE CIRCUIT COURT OF THE FIFTH
JUDICIAL CIRCUIT, IN AND FOR LAKE
COUNTY, FLORIDA

CASE NO.: 09-CA-7171

BUFFALO'S FRANCHISE CONCEPTS,
INC.,

      Plaintiff/Judgment Creditor,

vs.

BUFFALOS CLERMONT, L.L.C., a/k/a
BUFFALOS CLERMONT, LLC, et al.

      Defendants/Judgment Debtors,

vs.

SUNTRUST BANK,

      Garnishee.

_____/

## WRIT OF GARNISHMENT

**THE STATE OF FLORIDA:**
**To All and Singular the Sheriffs of the State:**

      **YOU ARE HEREBY COMMANDED** to summon the Garnishee,

**SUNTRUST BANK**
c/o Corporate Creations Network, Inc., Registered Agent
303 Peachtree Street NE-Ste 3600
Atlanta, GA  30308

to serve an Answer to this Writ on Plaintiff's attorney, whose name and address is:

Rodger D. Moss, Jr., Esquire
Florida Bar No.: 0153915
Zimmerman, Kiser & Sutcliffe, P.A.
Post Office Box 3000
Orlando, FL 32802-3000
Attorneys for Plaintiff, Buffalo's Franchise Concepts, Inc.



EXHIBIT
B

within twenty (20) days after service on said Garnishee, exclusive of the day of service, and to file the original with the Clerk of this court, either before service on the attorney or immediately thereafter, stating: **(1)** whether the Garnishee is indebted to the <u>Defendants, Buffalos Clermont, LLC</u> <u>a/k/a Buffalo's Clermont, LLC, 11435 Lake Louisa Road, Clermont, FL 34711, Rocky Top</u> <u>Holdings, LLC, 11435 Lake Louisa Road, Clermont, FL 34711, Antone E. Davis a/k/a Antone</u> <u>Eugene Davis, 11435 Lake Louisa Road, Clermont, FL 34711, SSN XXX-XX-3941, Date of</u> <u>Birth, 02/28/1967, and/or Carrie Davis a/k/a Catherine Marie Davis, a/k/a Catherine M. Davis, 11435</u> <u>Lake Louisa Road, Clermont, FL 34711, SSN 265-73-XXXX, Date of Birth, 07/09/1970,</u> **(a)** at the time of said Answer, or **(b)** was indebted at the time of service of this Writ, plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ, or **(c)** at any time between such times, and in what sum or sums; and **(2)** what tangible or intangible personal property of said Defendants said Garnishee has in its possession or control **(a)** at the time of its Answer, or **(b)** had at the time of the service of this Writ, or **(c)** at any time between such times; and **(3)** whether said Garnishee knows of any other person indebted to said Defendants or who may have any of the property of said Defendant in its possession or control.

The amount due and owing to the Plaintiff, as set out in Plaintiff's Motion for Issuance of Writ of Garnishment After Judgment, is $85,869.19, plus post-judgment costs and post-judgment interest accumulated at the legal rate.

"FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN THE ENTRY OF JUDGMENT AGAINST YOU." Section 77.081, *Florida Statutes.*

**WITNESS** my hand and seal of this Court on 14 day of January, 2010.

NEIL KELLY
of the Circuit Court
County, Florida

(COURT SEAL)

Deputy Clerk

NOTICE TO DEFENDANT OF RIGHT AGAINST
GARNISHMENT OF WAGES, MONEY,
AND OTHER PROPERTY

The Writ of Garnishment delivered to you with this Notice means that wages, money, and other property belonging to you have been garnished to pay a court judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP OR RECOVER YOUR WAGES, MONEY, OR PROPERTY. READ THIS NOTICE CAREFULLY.

State and federal laws provide that certain wages, money, and property, even if deposited in a bank, savings and loan, or credit union, may not be taken to pay certain types of court judgments. Such wages, money, and property are exempt from garnishment. The major exemptions are listed below on the form for Claim of Exemption and Request for Hearing. This list does not include all possible exemptions. You should consult a lawyer for specific advice.

TO KEEP YOUR WAGES, MONEY, AND OTHER PROPERTY FROM BEING GARNISHED, OR TO GET BACK ANYTHING ALREADY TAKEN, YOU MUST COMPLETE A FORM FOR CLAIM OF EXEMPTION AND REQUEST FOR HEARING AS SET FORTH BELOW AND HAVE THE FORM NOTARIZED. YOU MUST FILE THE FORM WITH THE CLERK'S OFFICE WITHIN 20 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE OR YOU MAY LOSE IMPORTANT RIGHTS. YOU MUST ALSO MAIL OR DELIVER A COPY OF THIS FORM TO THE PLAINTIFF AND THE GARNISHEE AT THE ADDRESSES LISTED ON THE WRIT OF GARNISHMENT.

If you request a hearing, it will be held as soon as possible after your request is received by the court. The plaintiff must file any objection within 3 business days if you hand delivered to the plaintiff a copy of the form for Claim of Exemption and Request for Hearing or, alternatively, 8 business days if you mailed a copy of the form for claim and request to the plaintiff. If the plaintiff files an objection to your Claim of Exemption and Request for Hearing, the clerk will notify you and the other parties of the time and date of the hearing. You may attend the hearing with or without an attorney. If the plaintiff fails to file an objection, no hearing is required, the writ of garnishment will be dissolved and your wages, money, or property will be released.

YOU SHOULD FILE THE FORM FOR CLAIM OF EXEMPTION IMMEDIATELY TO KEEP YOUR WAGES, MONEY, OR PROPERTY FROM BEING APPLIED TO THE COURT JUDGMENT. THE CLERK CANNOT GIVE YOU LEGAL ADVICE. IF YOU NEED LEGAL ASSISTANCE YOU SHOULD SEE A LAWYER. IF YOU CANNOT AFFORD A PRIVATE LAWYER, LEGAL SERVICES MAY BE AVAILABLE. CONTACT YOUR LOCAL BAR ASSOCIATION OR ASK THE CLERK'S OFFICE ABOUT ANY LEGAL SERVICES PROGRAM IN YOUR AREA.

CLAIM OF EXEMPTION AND
REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

_____ 1. Head of family wages. (You must check a. or b. below.)

_____ a. I provide more than one-half of the support for a child or other dependent and have net earnings of $500 or less per week.

_____ b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $500 per week, but have not agreed in writing to have my wages garnished.

_____ 2. Social Security benefits.



_____ 3.  Supplemental Security Income benefits.

_____ 4.  Public assistance (welfare).

_____ 5.  Workers' Compensation.

_____ 6.  Unemployment Compensation.

_____ 7.  Veterans' benefits.

_____ 8.  Retirement or profit-sharing benefits or pension money.

_____ 9.  Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.

_____ 10.  Disability income benefits.

_____ 11.  Prepaid College Trust Fund or Medical Savings Account.

_____ 12.  Other exemptions as provided by law.

_____(explain)

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address:_____

Telephone number:_____

The statements made in this request are true to the best of my knowledge and belief.

_____

Defendant's signature

Date_____

STATE OF FLORIDA

COUNTY OF _____

Sworn and subscribed to before me this _____ day of _____, 2010, by _____.

Notary Public/Deputy Clerk

Personally Known _____OR Produced Identification_____

Type of Identification Produced_____

IN THE CIRCUIT COURT OF THE FIFTH
JUDICIAL CIRCUIT, IN AND FOR LAKE
COUNTY, FLORIDA

CASE NO.:  09-CA-7171

BUFFALO'S FRANCHISE CONCEPTS, INC.,

      Plaintiff,

vs.

BUFFALOS CLERMONT, L.L.C., et al.,

      Defendants,

and

SUNTRUST BANK,

      Garnishee.

_____/

## NOTICE TO INTERESTED PARTIES

TO:    Buffalos Clermont, L.L.C.          Rocky Top Holdings, LLC
        a/k/a Buffalos Clermont, LLC    11435 Lake Louisa Road
        11435 Lake Louisa Road        Clermont, FL  34711
        Clermont, FL  34711

        Antone E. Davis             Carrie Davis
        a/k/a Antone Eugene Davis      a/k/a Catherine Marie Davis
        11435 Lake Louisa Road        a/k/a Catherine M. Davis
        Clermont, FL  34711          11435 Lake Louisa Road
                           Clermont, FL  34711

        John A. Barry, Esquire
        SunTrust Legal Department
        Mail Code: Fl-Orlando-2034
        200 S. Orange Ave.
        Orlando, FL  32801

      You will please take notice that on January 14, 2010, Plaintiff filed a Motion for Writ of

Garnishment in the above-styled action, a true and accurate copy of which is attached hereto as

Exhibit "A" and by reference made a part hereof, and that on January 14, 2010, the Clerk of the

Circuit Court in and for Lake County, Florida, issued a Writ of Garnishment, a true and accurate

copy of which is attached hereto as Exhibit "B" and by reference made a part hereof, on SunTrust

Bank as Garnishee. Attached hereto as Exhibit "C" and incorporated herein is a Notice to Defendant.

Subsequently, on or about January 28, 2010, and received by Plaintiff on January 29, 2010,

Garnishee served an Answer, a copy of which is attached hereto as Exhibit "D" and by reference

made a part hereof.

You are hereby advised that you must move to dissolve the Writ of Garnishment within the

time period set forth in Section 77.07(2), Florida Statutes (20 days after the date appearing on the

attached certificate of service) if any allegation in Plaintiff's Motion for Writ of Garnishment is

untrue, or if you have any exemptions from the garnishment to be asserted, or otherwise you will be

defaulted.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing together with all exhibits has been furnished via U.S. Mail to: Buffalos Clermont, L.L.C., a/k/a Buffalos Clermont, LLC, 11435 Lake Louisa Road, Clermont, FL 34711; Rocky Top Holdings, LLC, 11435 Lake Louisa Road, Clermont, FL 34711; Antone E. Davis, a/k/a Antone Eugene Davis, 11435 Lake Louisa Road, Clermont, FL 34711; Carrie Davis, a/k/a Catherine Marie Davis, a/k/a Catherine M. Davis, 11435 Lake Louisa Road, Clermont, FL 34711; and John A. Barry, Esquire, 200 S. Orange Avenue, SunTrust Legal Department, Mail Code: Fl-Orlando-2034, Orlando, FL 32801, on this _2_ day of February, 2010.

Mark J. Chmielawski, Esquire
Florida Bar No.: 854425
Rodger D. Moss, Jr., Esquire
Florida Bar No.: 0153915
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 E. Robinson St., Ste. 600 (32801)
P.O. Box 3000
Orlando, FL 32802
Telephone: (407) 425-7010
Facsimile: (407) 425-2747
Counsel for Plaintiff, Buffalo's Franchise Concepts, Inc.

RDM/msh
0313-1

IN THE CIRCUIT COURT OF THE FIFTH
JUDICIAL CIRCUIT, IN AND FOR LAKE
COUNTY, FLORIDA

CASE NO.:  09-CA-7171

BUFFALO'S FRANCHISE CONCEPTS,
INC.,

      Plaintiff/Judgment Creditor,

vs.

BUFFALOS CLERMONT, L.L.C., a/k/a
BUFFALOS CLERMONT, LLC, et al.

      Defendants/Judgment Debtors,

vs.

SUNTRUST BANK,

      Garnishee.

_____/

## PLAINTIFF'S MOTION FOR ISSUANCE OF
## WRIT OF GARNISHMENT AFTER JUDGMENT

    Plaintiff, Buffalo's Franchise Concepts, Inc., by and through its undersigned counsel, and

pursuant to Section 77.03, Florida Statutes, moves for the issuance of a Writ of Garnishment after

Judgment as to Garnishee, SunTrust Bank, and as grounds therefore states as follows:

    1.    On December 11, 2009, Plaintiff/Judgment Creditor recorded a Foreign Judgment

against the Defendants, Buffalos Clermont, LLC a/k/a Buffalo's Clermont, LLC, Rocky Top

Holdings, LLC, Antone E. Davis a/k/a Antone Eugene Davis, Carrie Davis a/k/a Catherine Marie

Davis a/k/a Catherine M. Davis, in the amount of $85,869.19, with interest to accrue from the date of

the award (September 24, 2009) at the legal rate in accordance with O.C.G.A. §7-4-12.

    2.    There remains due and owing on the judgment the sum of $85,869.19, plus post-



EXHIBIT
A

judgment costs and post-judgment interest accumulated at the legal rate in accordance with O.C.G.A.

§7-4-12 from September 24, 2009.

3.    Plaintiff has reason to believe that Garnishee, SunTrust Bank, may have in its possession or control money belonging to Defendants.

4.    Plaintiff has deposited $100.00 into the Court Registry to pay for Garnishee's attorneys' fees, in accordance with Section 77.28, Florida Statutes.

5.    Plaintiff has attached a Writ of Garnishment hereto as Exhibit "B."

WHEREFORE, Plaintiff moves for the issuance of a Writ of Garnishment by the Clerk of Lake County, Florida, against Garnishee, SunTrust Bank, which Plaintiff has reason to believe may have in its hands, possession or control goods, money, chattels or effects belonging to Defendants, Buffalos Clermont, LLC a/k/a Buffalo's Clermont, LLC, Rocky Top Holdings, LLC, Antone E. Davis a/k/a Antone Eugene Davis, Carrie Davis a/k/a Catherine Marie Davis a/k/a Catherine M. Davis.

DATED this _13th_ day of January, 2010.

Rodger D. Moss, Jr., Esquire
Florida Bar No.: 0153915
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
P.O. Box 3000
315 E. Robinson St., Ste. 600
Orlando, FL 32802
Telephone: (407) 425-7010
Facsimile: (407) 425-2747
Counsel for Plaintiff

RDM/msh

IN THE CIRCUIT COURT OF THE FIFTH
JUDICIAL CIRCUIT, IN AND FOR LAKE
COUNTY, FLORIDA

CASE NO.: 09-CA-7171

BUFFALO'S FRANCHISE CONCEPTS,
INC.,

     Plaintiff/Judgment Creditor,

vs.

BUFFALOS CLERMONT, L.L.C., a/k/a
BUFFALOS CLERMONT, LLC, et al.

     Defendants/Judgment Debtors,

vs.

SUNTRUST BANK,

     Garnishee.

_____/

## WRIT OF GARNISHMENT

**THE STATE OF FLORIDA:**
**To All and Singular the Sheriffs of the State:**

     **YOU ARE HEREBY COMMANDED** to summon the Garnishee,

**SUNTRUST BANK**
c/o Corporate Creations Network, Inc., Registered Agent
303 Peachtree Street NE-Ste 3600
Atlanta, GA 30308

to serve an Answer to this Writ on Plaintiff's attorney, whose name and address is:

Rodger D. Moss, Jr., Esquire
Florida Bar No.: 0153915
Zimmerman, Kiser & Sutcliffe, P.A.
Post Office Box 3000
Orlando, FL 32802-3000
Attorneys for Plaintiff, Buffalo's Franchise Concepts, Inc.



within twenty (20) days after service on said Garnishee, exclusive of the day of service, and to file the original with the Clerk of this court, either before service on the attorney or immediately thereafter, stating: **(1)** whether the Garnishee is indebted to the <u>Defendants, Buffalos Clermont, LLC a/k/a Buffalo's Clermont, LLC, 11435 Lake Louisa Road, Clermont, FL 34711, Rocky Top Holdings, LLC, 11435 Lake Louisa Road, Clermont, FL 34711, Antone E. Davis a/k/a Antone Eugene Davis, 11435 Lake Louisa Road, Clermont, FL 34711, SSN XXX-XX-3941, Date of Birth,02/28/1967, and/or Carrie Davis a/k/a Catherine Marie Davis, a/k/a Catherine M. Davis, 11435 Lake Louisa Road, Clermont, FL 34711, SSN 265-73-XXXX, Date of Birth, 07/09/1970,</u> **(a)** at the time of said Answer, or **(b)** was indebted at the time of service of this Writ, plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ, or **(c)** at any time between such times, and in what sum or sums; and **(2)** what tangible or intangible personal property of said Defendants said Garnishee has in its possession or control **(a)** at the time of its Answer, or **(b)** had at the time of the service of this Writ, or **(c)** at any time between such times; and **(3)** whether said Garnishee knows of any other person indebted to said Defendants or who may have any of the property of said Defendant in its possession or control.

The amount due and owing to the Plaintiff, as set out in Plaintiff's Motion for Issuance of Writ of Garnishment After Judgment, is $85,869.19, plus post-judgment costs and post-judgment interest accumulated at the legal rate.

"FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN THE ENTRY OF JUDGMENT AGAINST YOU." Section 77.081, *Florida Statutes.*

**WITNESS** my hand and seal of this Court on 14 day of January, 2010.

**NEIL KELLY**

of the Circuit Court

County, Florida

Deputy Clerk

(COURT SEAL)

NOTICE TO DEFENDANT OF RIGHT AGAINST
GARNISHMENT OF WAGES, MONEY,
AND OTHER PROPERTY

The Writ of Garnishment delivered to you with this Notice means that wages, money, and other property belonging to you have been garnished to pay a court judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP OR RECOVER YOUR WAGES, MONEY, OR PROPERTY. READ THIS NOTICE CAREFULLY.

State and federal laws provide that certain wages, money, and property, even if deposited in a bank, savings and loan, or credit union, may not be taken to pay certain types of court judgments. Such wages, money, and property are exempt from garnishment. The major exemptions are listed below on the form for Claim of Exemption and Request for Hearing. This list does not include all possible exemptions. You should consult a lawyer for specific advice.

TO KEEP YOUR WAGES, MONEY, AND OTHER PROPERTY FROM BEING GARNISHED, OR TO GET BACK ANYTHING ALREADY TAKEN, YOU MUST COMPLETE A FORM FOR CLAIM OF EXEMPTION AND REQUEST FOR HEARING AS SET FORTH BELOW AND HAVE THE FORM NOTARIZED. YOU MUST FILE THE FORM WITH THE CLERK'S OFFICE WITHIN 20 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE OR YOU MAY LOSE IMPORTANT RIGHTS. YOU MUST ALSO MAIL OR DELIVER A COPY OF THIS FORM TO THE PLAINTIFF AND THE GARNISHEE AT THE ADDRESSES LISTED ON THE WRIT OF GARNISHMENT.

If you request a hearing, it will be held as soon as possible after your request is received by the court. The plaintiff must file any objection within 3 business days if you hand delivered to the plaintiff a copy of the form for Claim of Exemption and Request for Hearing or, alternatively, 8 business days if you mailed a copy of the form for claim and request to the plaintiff. If the plaintiff files an objection to your Claim of Exemption and Request for Hearing, the clerk will notify you and the other parties of the time and date of the hearing. You may attend the hearing with or without an attorney. If the plaintiff fails to file an objection, no hearing is required, the writ of garnishment will be dissolved and your wages, money, or property will be released.

YOU SHOULD FILE THE FORM FOR CLAIM OF EXEMPTION IMMEDIATELY TO KEEP YOUR WAGES, MONEY, OR PROPERTY FROM BEING APPLIED TO THE COURT JUDGMENT. THE CLERK CANNOT GIVE YOU LEGAL ADVICE. IF YOU NEED LEGAL ASSISTANCE YOU SHOULD SEE A LAWYER. IF YOU CANNOT AFFORD A PRIVATE LAWYER, LEGAL SERVICES MAY BE AVAILABLE. CONTACT YOUR LOCAL BAR ASSOCIATION OR ASK THE CLERK'S OFFICE ABOUT ANY LEGAL SERVICES PROGRAM IN YOUR AREA.

CLAIM OF EXEMPTION AND
REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

_____ 1. Head of family wages. (You must check a. or b. below.)

_____ a. I provide more than one-half of the support for a child or other dependent and have net earnings of $500 or less per week.

_____ b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $500 per week, but have not agreed in writing to have my wages garnished.

_____ 2. Social Security benefits.



_____ 3.  Supplemental Security Income benefits.

_____ 4.  Public assistance (welfare).

_____ 5.  Workers' Compensation.

_____ 6.  Unemployment Compensation.

_____ 7.  Veterans' benefits.

_____ 8.  Retirement or profit-sharing benefits or pension money.

_____ 9.  Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.

_____ 10.  Disability income benefits.

_____ 11.  Prepaid College Trust Fund or Medical Savings Account.

_____ 12.  Other exemptions as provided by law.

_____(explain)


I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address:_____

Telephone number:_____


The statements made in this request are true to the best of my knowledge and belief.


_____

Defendant's signature

Date_____


STATE OF FLORIDA

COUNTY OF _____

Sworn and subscribed to before me this _____ day of _____, 2010, by _____.


Notary Public/Deputy Clerk

Personally Known _____OR Produced Identification_____

Type of Identification Produced_____

IN THE CIRCUIT COURT OF THE
FIFTH JUDICIAL CIRCUIT, IN AND
FOR LAKE COUNTY, FLORIDA

CASE NO:      09-CA-7171

BUFFALO'S FRANCHISE CONCEPTS, INC.,

        Plaintiff,

vs.

BUFFALOS CLERMONT, L.L.C., a/k/a
BUFFALOS CLERMONT, LLC, et al.

        Defendant,

and

SUNTRUST BANK

        Garnishee.

_____/

### ANSWER OF THE GARNISHEE, SUNTRUST BANK

Garnishee, SUNTRUST BANK, hereby Answers the Writ of Garnishment ("Writ') served upon it as follows:

1.     Garnishee had at the time of service of the Writ, at the time of making this Answer and at all times between such periods, no account designated BUFFALOS CLERMONT LLC a/k/a BUFFALO'S CLERMONT, LLC, ROCKY TOP HOLDINGS, LLC, ANTONE E. DAVIS a/k/a ANTONE EUGENE DAVIS, and/ or CARRIE DAVIS a/k/a CATHERINE MARIE DAVIS a/k/a CATHERINE M. DAVIS. **Garnishee has retained $0.00 pursuant to the Writ.**

2.     Garnishee has a safe deposit box, which is being held pursuant to the Writ and identified as follows:

| Name(s) on Box(es) | Box(es) No(s) | Box(es) Location |
| --- | --- | --- |
| Antone Davis<br>Catherine M. Davis | 2634 | 581 E. Highway 50<br>Clermont, FL 34711 |



Garnishee has retained the safe deposit box(es) on its premises and has restricted access into the box(es) **pending further Orders of this Court.** In the event the court orders an inventory of the safe deposit box(es) and Plaintiff cannot obtain a key from the Defendant(s), there is a drilling fee of $219 to open the safe deposit box for an inventory of its contents.

3.     Garnishee has no other tangible or intangible personal property of said Defendant in its possession or control at the time of this Answer, and had no such property in its possession or control at the time of service of the Writ, nor at any time between such periods.

4.     Garnishee does not know of any other person, firm, or corporation indebted to said Defendant or who may have any of the goods and possessions of said Defendant in its or their possession or control.

5.     The undersigned counsel, a member of the Florida Bar and attorney for SunTrust Banks, Inc., the bank holding company for Garnishee, has prepared this Answer to the Writ. The Garnishee hereby demands that the Clerk award the $100.00 statutory attorney garnishment fee for having legal representation in this garnishment action, as provided by Section 77.28, Florida Statutes, payable to SunTrust Bank.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by regular mail to: Rodger D. Moss, Jr., Esq., Zimmerman, Kiser & Sutcliffe, P.A., P.O. Box 3000, Orlando, FL 32802-3000, Attorney for Plaintiff, this 28th day of January, 2010.

SUNTRUST BANK

By: _____

JOHN A. BARRY
Florida Bar No.: 671541
200 South Orange Avenue
SunTrust Legal Department
Mail Code:  Fl-Orlando-2034
Orlando, Florida 32801
Telephone: (407) 237-4640
Facsimile: (407) 237-4797
Attorney for Garnishee

IN THE CIRCUIT COURT OF THE FIFTH
JUDICIAL CIRCUIT, IN AND FOR LAKE
COUNTY, FLORIDA

CASE NO.: 09-CA-7171

BUFFALO'S FRANCHISE CONCEPTS, INC.,

     Plaintiff,

vs.

BUFFALOS CLERMONT, L.L.C., et al.

     Defendants.

_____/

### NOTICE OF FILING

    COMES NOW the Plaintiff, Buffalo's Franchise Concepts, Inc., by and through the undersigned attorneys, and states that the following have been filed with the Court:

    1.    Original Affidavit of Service with original Writ of Garnishment, dated January 14, 2010, verifying service on Garnishee, Bankfirst, on the 14th day of January, 2010.

    2.    Original Affidavit of Service with original Writ of Garnishment, dated January 14, 2010, verifying service on Garnishee, SunTrust Bank, on the 14th day of January, 2010.

DATED: January 22, 2010.

                               *Sara Lofquist (for)*

                               Rodger D. Moss, Jr., Esquire
                               Florida Bar No.: 0153915
                               ZIMMERMAN, KISER & SUTCLIFFE, P.A.
                               315 E. Robinson St., Ste. 600  (32801)
                               P.O. Box 3000
                               Orlando, FL  32802
                               Telephone:  (407) 425-7010
                               Facsimile:  (407) 425-2747
                               Counsel for Plaintiff, Buffalo's Franchise
                               Concepts, Inc.

RDM/msh
0313-1

# AFFIDAVIT OF SERVICE

**State of Florida**                    **County of Lake**                    **5th Judicial Court**

Case Number: 09-CA-7171

Plaintiff:
**Buffalo's Franchise Concepts, Inc.**
vs.

Defendant:
**Burralos Clermont LLC, aka Buffalos Clermont, LLC, et a
vs.  Suntrust      Garnishee**

For:
Rodger Moss Jr.
315 East Robinson Street
Suite 600
Orlando, FL  32801

Received by Starnes Investigations on the 14th day of January, 2010 at 11:30 am to be served on **Suntrust Bank c/o Corporate Creations Network, Inc. as RA, 303 Peachtree Street N E -Ste 3600, Atlanta, GA 30308**.

I, Above & Beyond Process Services, Inc., being duly sworn, depose and say that on the **14th day of January, 2010 at 12:20 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Writ Of Garnishment** with the date and hour of service endorsed thereon by me, to: **Neilsa Hernandez as Legal** for **Suntrust Bank**, at the alternate address of: **200 Orange Avenue, Orlando, FL 32802**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

*Laurence P. Hagham*
**Above & Beyond Process Services, Inc.**
SPS 7465

Subscribed and Sworn to before me on the 14th day of January, 2010 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

VERNON H. STARNES, JR.
MY COMMISSION # DD 644197
EXPIRES: June 24, 2011
Bonded Thru Notary Public Underwriters

**Starnes Investigations**
P.O. Box 1627
Orlando, FL  32802
**(407) 380-8745**

Our Job Serial Number: 2010000025

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3u

IN THE CIRCUIT COURT OF THE FIFTH
JUDICIAL CIRCUIT, IN AND FOR LAKE
COUNTY, FLORIDA

CASE NO.: 09-CA-7171

BUFFALO'S FRANCHISE CONCEPTS,
INC.,

      Plaintiff/Judgment Creditor,

vs.

BUFFALOS CLERMONT, L.L.C., a/k/a
BUFFALOS CLERMONT, LLC, et al.

      Defendants/Judgment Debtors,

vs.

SUNTRUST BANK,

      Garnishee.

_____/

*Neilsa Hernandez - Legal
1-14-10
12:20 pm
L. P. Gagliani
7465*

## WRIT OF GARNISHMENT

**THE STATE OF FLORIDA:**
**To All and Singular the Sheriffs of the State:**

    **YOU ARE HEREBY COMMANDED** to summon the Garnishee,

**SUNTRUST BANK**
c/o Corporate Creations Network, Inc., Registered Agent
303 Peachtree Street NE-Ste 3600
Atlanta, GA  30308

to serve an Answer to this Writ on Plaintiff's attorney, whose name and address is:

Rodger D. Moss, Jr., Esquire
Florida Bar No.: 0153915
Zimmerman, Kiser & Sutcliffe, P.A.
Post Office Box 3000
Orlando, FL 32802-3000
Attorneys for Plaintiff, Buffalo's Franchise Concepts, Inc.

within twenty (20) days after service on said Garnishee, exclusive of the day of service, and to file the original with the Clerk of this court, either before service on the attorney or immediately thereafter, stating: **(1)** whether the Garnishee is indebted to the <u>Defendants, Buffalos Clermont, LLC a/k/a Buffalo's Clermont, LLC, 11435 Lake Louisa Road, Clermont, FL 34711, Rocky Top Holdings, LLC, 11435 Lake Louisa Road, Clermont, FL 34711, Antone E. Davis a/k/a Antone Eugene Davis, 11435 Lake Louisa Road, Clermont, FL 34711, SSN XXX-XX-3941, Date of Birth,02/28/1967, and/or Carrie Davis a/k/a Catherine Marie Davis, a/k/a Catherine M. Davis, 11435 Lake Louisa Road, Clermont, FL 34711, SSN 265-73-XXXX, Date of Birth, 07/09/1970,</u> **(a)** at the time of said Answer, or **(b)** was indebted at the time of service of this Writ, plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ, or **(c)** at any time between such times, and in what sum or sums; and **(2)** what tangible or intangible personal property of said Defendants said Garnishee has in its possession or control **(a)** at the time of its Answer, or **(b)** had at the time of the service of this Writ, or **(c)** at any time between such times; and **(3)** whether said Garnishee knows of any other person indebted to said Defendants or who may have any of the property of said Defendant in its possession or control.

The amount due and owing to the Plaintiff, as set out in Plaintiff's Motion for Issuance of Writ of Garnishment After Judgment, is $85,869.19, plus post-judgment costs and post-judgment interest accumulated at the legal rate.

"FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN THE ENTRY OF JUDGMENT AGAINST YOU." Section 77.081, *Florida Statutes*.

**WITNESS** my hand and seal of this Court on 14 day of January, 2010.

NEIL KELLY
Clerk of the Circuit Court
Lake County, Florida

(COURT SEAL)

/S/ DANA NOLETTE
As Deputy Clerk

# AFFIDAVIT OF SERVICE

**State of Florida**                    **County of Lake**                    **5th Judicial Court**

Case Number: 09-CA-7171

Plaintiff:
**Buffalo's Franchise Concepts, Inc.**
vs.
Defendant:
**Burralos Clermont LLC, aka Buffalos Clermont, LLC, et a**
**vs. BankFirst  Garnishee**

For:
Rodger Moss Jr.
315 East Robinson Street
Suite 600
Orlando, FL  32801

Received by Starnes Investigations on the 14th day of January, 2010 at 11:30 am to be served on **Bankfirst c/o Thomas Abelman as RA, 1031 Morse Blvd., 3rd Floor, Winter Park, FL 32789**.

I, Above & Beyond Process Services, Inc., being duly sworn, depose and say that on the **14th day of January, 2010 at 11:45 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Writ Of Garnishment** with the date and hour of service endorsed thereon by me, to: **Thomas Abelman as Registered Agent** at the address of: **1031 Morse Blvd., 3rd Floor, Winter Park, FL 32789** on behalf of **Bankfirst**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

_Laurence P. Gapliane_
**Above & Beyond Process Services, Inc.**
SPS 7465

Subscribed and Sworn to before me on the 14th day
of January, 2010 by the affiant who is personally
known to me.

_____
NOTARY PUBLIC

VERNON H. STARNES, JR.
MY COMMISSION # DD 644197
EXPIRES: June 24, 2011
Bonded Thru Notary Public Underwriters

**Starnes Investigations**
**P.O. Box 1627**
**Orlando, FL  32802**
**(407) 380-8745**

Our Job Serial Number: 2010000026

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3u

IN THE CIRCUIT COURT OF THE FIFTH
JUDICIAL CIRCUIT, IN AND FOR LAKE
COUNTY, FLORIDA

CASE NO.:  09-CA-7171

BUFFALO'S FRANCHISE CONCEPTS,
INC.,

      Judgment Creditor,

vs.

BUFFALOS CLERMONT, L.L.C., a/k/a
BUFFALOS CLERMONT, LLC, et al.

      Judgment Debtors

vs.

Bankfirst

      Garnishee

_____/

PS
1-14-10
11:45AM
LiP. Gagliani
7465

## <u>WRIT OF GARNISHMENT</u>

**THE STATE OF FLORIDA:**
**To All and Singular the Sheriffs of the State:**

      **YOU ARE HEREBY COMMANDED** to summon the Garnishee,

**BANKFIRST**
c/o Thomas P. Abelmann, Registered Agent
1031 W. Morse Blvd.
Winter Park, FL 32789

to serve an Answer to this Writ on Plaintiff's attorney, whose name and address is:

Rodger D. Moss, Jr., Esquire
Florida Bar No.:  0153915
Zimmerman, Kiser & Sutcliffe, P.A.
Post Office Box 3000
Orlando, FL 32802-3000
Attorneys for Plaintiff, Buffalo's Franchise Concepts, Inc.

within twenty (20) days after service on said Garnishee, exclusive of the day of service, and to file the original with the Clerk of this court, either before service on the attorney or immediately thereafter, stating: **(1)** whether the Garnishee is indebted to the <u>Defendants, Buffalos Clermont, LLC a/k/a Buffalo's Clermont, LLC, 11435 Lake Louisa Road, Clermont, FL 34711, Rocky Top Holdings, LLC, 11435 Lake Louisa Road, Clermont, FL 34711, Antone E. Davis a/k/a Antone Eugene Davis, 11435 Lake Louisa Road, Clermont, FL 34711, SSN XXX-XX-3941, Date of Birth,02/28/1967, and/or Carrie Davis a/k/a Catherine Marie Davis, a/k/a Catherine M. Davis, 11435 Lake Louisa Road, Clermont, FL 34711, SSN 265-73-XXXX, Date of Birth, 07/09/1970</u>, **(a)** at the time of said Answer, or **(b)** was indebted at the time of service of this Writ, plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ, or **(c)** at any time between such times, and in what sum or sums; and **(2)** what tangible or intangible personal property of said Defendants said Garnishee has in its possession or control **(a)** at the time of its Answer, or **(b)** had at the time of the service of this Writ, or **(c)** at any time between such times; and **(3)** whether said Garnishee knows of any other person indebted to said Defendants or who may have any of the property of said Defendant in its possession or control.

The amount due and owing to the Plaintiff, as set out in Plaintiff's Motion for Issuance of Writ of Garnishment After Judgment, is $85,869.19, plus post-judgment costs and post-judgment interest accumulated at the legal rate.

"FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN THE ENTRY OF JUDGMENT AGAINST YOU." Section 77.081, *Florida Statutes.*

**WITNESS** my hand and seal of this Court on 14 day of January, 2010.

NEIL KELLY
Clerk of the Circuit Court
Lake County, Florida

(COURT SEAL)

/S/ DANA NOLETTE
As Deputy Clerk

IN THE CIRCUIT COURT OF THE FIFTH
JUDICIAL CIRCUIT, IN AND FOR LAKE
COUNTY, FLORIDA

CASE NO.:  09-CA-7171

BUFFALO'S FRANCHISE CONCEPTS,
INC.,

   Plaintiff/Judgment Creditor,

vs.

BUFFALOS CLERMONT, L.L.C., a/k/a
BUFFALOS CLERMONT, LLC, et al.

   Defendants/Judgment Debtors,

vs.

SUNTRUST BANK,

   Garnishee.

_____/

## PLAINTIFF'S MOTION FOR ISSUANCE OF
## WRIT OF GARNISHMENT AFTER JUDGMENT

   Plaintiff, Buffalo's Franchise Concepts, Inc., by and through its undersigned counsel, and

pursuant to Section 77.03, Florida Statutes, moves for the issuance of a Writ of Garnishment after

Judgment as to Garnishee, SunTrust Bank, and as grounds therefore states as follows:

   1.  On December 11, 2009, Plaintiff/Judgment Creditor recorded a Foreign Judgment

against the Defendants, Buffalos Clermont, LLC a/k/a Buffalo's Clermont, LLC, Rocky Top

Holdings, LLC, Antone E. Davis a/k/a Antone Eugene Davis, Carrie Davis a/k/a Catherine Marie

Davis a/k/a Catherine M. Davis, in the amount of $85,869.19, with interest to accrue from the date of

the award (September 24, 2009) at the legal rate in accordance with O.C.G.A. §7-4-12.

   2.  There remains due and owing on the judgment the sum of $85,869.19, plus post-

judgment costs and post-judgment interest accumulated at the legal rate in accordance with O.C.G.A. §7-4-12 from September 24, 2009.

    3.    Plaintiff has reason to believe that Garnishee, SunTrust Bank, may have in its possession or control money belonging to Defendants.

    4.    Plaintiff has deposited $100.00 into the Court Registry to pay for Garnishee's attorneys' fees, in accordance with Section 77.28, Florida Statutes.

    5.    Plaintiff has attached a Writ of Garnishment hereto as Exhibit "B."

WHEREFORE, Plaintiff moves for the issuance of a Writ of Garnishment by the Clerk of Lake County, Florida, against Garnishee, SunTrust Bank, which Plaintiff has reason to believe may have in its hands, possession or control goods, money, chattels or effects belonging to Defendants, Buffalos Clermont, LLC a/k/a Buffalo's Clermont, LLC, Rocky Top Holdings, LLC, Antone E. Davis a/k/a Antone Eugene Davis, Carrie Davis a/k/a Catherine Marie Davis a/k/a Catherine M. Davis.

DATED this _13th_ day of January, 2010.

Rodger D. Moss, Jr., Esquire
Florida Bar No.: 0153915
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
P.O. Box 3000
315 E. Robinson St., Ste. 600
Orlando, FL 32802
Telephone: (407) 425-7010
Facsimile: (407) 425-2747
Counsel for Plaintiff

RDM/msh

IN THE CIRCUIT COURT OF THE FIFTH
JUDICIAL CIRCUIT, IN AND FOR LAKE
COUNTY, FLORIDA

CASE NO.:  09-CA-7171

BUFFALO'S FRANCHISE CONCEPTS,
INC.,

      Plaintiff/Judgment Creditor,

vs.

BUFFALOS CLERMONT, L.L.C., a/k/a
BUFFALOS CLERMONT, LLC, et al.

      Defendants/Judgment Debtors,

vs.

SUNTRUST BANK,

      Garnishee.

_____/

## WRIT OF GARNISHMENT

**THE STATE OF FLORIDA:**
**To All and Singular the Sheriffs of the State:**

    **YOU ARE HEREBY COMMANDED** to summon the Garnishee,

**SUNTRUST BANK**
c/o Corporate Creations Network, Inc., Registered Agent
303 Peachtree Street NE-Ste 3600
Atlanta, GA  30308

to serve an Answer to this Writ on Plaintiff's attorney, whose name and address is:

Rodger D. Moss, Jr., Esquire
Florida Bar No.:  0153915
Zimmerman, Kiser & Sutcliffe, P.A.
Post Office Box 3000
Orlando, FL 32802-3000
Attorneys for Plaintiff, Buffalo's Franchise Concepts, Inc.

within twenty (20) days after service on said Garnishee, exclusive of the day of service, and to file the original with the Clerk of this court, either before service on the attorney or immediately thereafter, stating: **(1)** whether the Garnishee is indebted to the <u>Defendants, Buffalos Clermont, LLC</u> <u>a/k/a Buffalo's Clermont, LLC, 11435 Lake Louisa Road, Clermont, FL 34711, Rocky Top</u> <u>Holdings, LLC, 11435 Lake Louisa Road, Clermont, FL 34711, Antone E. Davis a/k/a Antone</u> <u>Eugene Davis, 11435 Lake Louisa Road, Clermont, FL 34711, SSN XXX-XX-3941, Date of</u> <u>Birth,02/28/1967, and/or Carrie Davis a/k/a Catherine Marie Davis, a/k/a Catherine M. Davis, 11435</u> <u>Lake Louisa Road, Clermont, FL 34711, SSN 265-73-XXXX, Date of Birth, 07/09/1970,</u> **(a)** at the time of said Answer, or **(b)** was indebted at the time of service of this Writ, plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ, or **(c)** at any time between such times, and in what sum or sums; and **(2)** what tangible or intangible personal property of said Defendants said Garnishee has in its possession or control **(a)** at the time of its Answer, or **(b)** had at the time of the service of this Writ, or **(c)** at any time between such times; and **(3)** whether said Garnishee knows of any other person indebted to said Defendants or who may have any of the property of said Defendant in its possession or control.

The amount due and owing to the Plaintiff, as set out in Plaintiff's Motion for Issuance of Writ of Garnishment After Judgment, is $85,869.19, plus post-judgment costs and post-judgment interest accumulated at the legal rate.

"FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN THE ENTRY OF JUDGMENT AGAINST YOU." Section 77.081, *Florida Statutes.*

**WITNESS** my hand and seal of this Court on ___ day of January, 2010.

Clerk of the Circuit Court
Lake County, Florida

(COURT SEAL)

_____

As Deputy Clerk

IN THE CIRCUIT COURT OF THE
FIFTH JUDICIAL CIRCUIT IN AND
FOR LAKE COUNTY, FLORIDA

CASE NO. 2009-CA-7171

BUFFALO'S FRANCHISE CONCEPTS, INC.
Judgment Creditor

VS

BUFFALOS CLERMONT, L.L.C. A/K/A BUFFALOS CLERMONT LLC
Judgment Debtor

## NOTICE TO JUDGMENT DEBTOR

TO:   ROCKY TOP HOLDINGS, LLC
      11435 LAKE LOUISA ROAD
      CLERMONT, FL 34711

Pursuant to the Florida Enforcement of Foreign Judgment Act, Florida Statutes, sections 55.501-55.509, you are hereby notified that a certified copy of a judgment entered in COBB County, GEORGIA, was recorded on DECEMBER 11, 2009 in the Lake County Official Records by the following judgment creditor BUFFALO'S FRANCHISE CONCEPTS, INC. whose attorney is JENNIFER HOWELL, ESQUIRE.

You are further notified that within thirty (30) days after the recording of the foreign judgment you may file an action contesting the jurisdiction of the court that entered the foreign judgment or the validity of the foreign judgment and record a lis pendens directed toward the foreign judgment. If you do so within 30 days of the mailing of this notice by the clerk, no execution or other process for enforcement of the foreign judgment shall issue without leave of court.

Unless one of the actions mentioned in the above paragraph is followed within 30 days after mailing of this notice by the clerk, the foreign judgment recorded by the clerk shall become a lien.

Signed and sealed this 14th day of DECEMBER, 2009.

NEIL KELLY,
CLERK OF CIRCUIT COURT

_____
Deputy Clerk

## Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing was mailed by certified mail to the Judgment Debtor and via regular mail to the attorney of record as stated this 14th day of DECEMBER, 2009, to JENNIFER HOWELL, ESQ., O/B/O ANNINO LAW FIRM, LLC, 707 WHITLOCK AVE., BLDG. E, STE, 16, MARIETTA, GA 30064.

_____
Deputy Clerk

IN THE CIRCUIT COURT OF THE
FIFTH JUDICIAL CIRCUIT IN AND
FOR LAKE COUNTY, FLORIDA

CASE NO. 2009-CA-7171

BUFFALO'S FRANCHISE CONCEPTS, INC.
Judgment Creditor

VS

BUFFALOS CLERMONT, L.L.C. A/K/A BUFFALOS CLERMONT LLC
Judgment Debtor

## NOTICE TO JUDGMENT DEBTOR

TO:    ANTONE E. DAVIS AKA ANTONE EUGENE DAVIS
       11435 LAKE LOUISA ROAD
       CLERMONT, FL 34711

Pursuant to the Florida Enforcement of Foreign Judgment Act, Florida Statutes, sections 55.501-55.509, you are hereby notified that a certified copy of a judgment entered in COBB County, GEORGIA, was recorded on DECEMBER 11, 2009 in the Lake County Official Records by the following judgment creditor BUFFALO'S FRANCHISE CONCEPTS, INC. whose attorney is JENNIFER HOWELL, ESQUIRE.

You are further notified that within thirty (30) days after the recording of the foreign judgment you may file an action contesting the jurisdiction of the court that entered the foreign judgment or the validity of the foreign judgment and record a lis pendens directed toward the foreign judgment. If you do so within 30 days of the mailing of this notice by the clerk, no execution or other process for enforcement of the foreign judgment shall issue without leave of court.

Unless one of the actions mentioned in the above paragraph is followed within 30 days after mailing of this notice by the clerk, the foreign judgment recorded by the clerk shall become a lien.

Signed and sealed this 14th day of DECEMBER, 2009.

NEIL KELLY,
CLERK OF CIRCUIT COURT

C Mi_____
Deputy Clerk

## Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing was mailed by certified mail to the Judgment Debtor and via regular mail to the attorney of record as stated this 14th day of DECEMBER, 2009, to JENNIFER HOWELL, ESQ., O/B/O ANNINO LAW FIRM, LLC, 707 WHITLOCK AVE., BLDG. E, STE, 16, MARIETTA, GA 30064.

C Mitchell_____
Deputy Clerk

IN THE CIRCUIT COURT OF THE
FIFTH JUDICIAL CIRCUIT IN AND
FOR LAKE COUNTY, FLORIDA

CASE NO. 2009-CA-7171

BUFFALO'S FRANCHISE CONCEPTS, INC.
Judgment Creditor

VS

BUFFALOS CLERMONT, L.L.C. A/K/A BUFFALOS CLERMONT LLC
Judgment Debtor

## NOTICE TO JUDGMENT DEBTOR

TO:    CARRIE DAVIS A/K/A CATHERINE MARIE DAVIS A/K/A CATHERINE M. DAVIS
       11435 LAKE LOUISA ROAD
       CLERMONT, FL 34711

Pursuant to the Florida Enforcement of Foreign Judgment Act, Florida Statutes, sections 55.501-55.509, you are hereby notified that a certified copy of a judgment entered in COBB County, GEORGIA, was recorded on DECEMBER 11, 2009 in the Lake County Official Records by the following judgment creditor BUFFALO'S FRANCHISE CONCEPTS, INC. whose attorney is JENNIFER HOWELL, ESQUIRE.

You are further notified that within thirty (30) days after the recording of the foreign judgment you may file an action contesting the jurisdiction of the court that entered the foreign judgment or the validity of the foreign judgment and record a lis pendens directed toward the foreign judgment. If you do so within 30 days of the mailing of this notice by the clerk, no execution or other process for enforcement of the foreign judgment shall issue without leave of court.

Unless one of the actions mentioned in the above paragraph is followed within 30 days after mailing of this notice by the clerk, the foreign judgment recorded by the clerk shall become a lien.

Signed and sealed this 14th day of DECEMBER, 2009.

                                   NEIL KELLY,
                                   CLERK OF CIRCUIT COURT

                                   C. Mitchell
                                   Deputy Clerk

### Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing was mailed by certified mail to the Judgment Debtor and via regular mail to the attorney of record as stated this 14th day of DECEMBER, 2009, to JENNIFER HOWELL, ESQ., O/B/O ANNINO LAW FIRM, LLC, 707 WHITLOCK AVE., BLDG. E, STE, 16, MARIETTA, GA  30064.

                                   C. Mitchell
                                   _____
                                   Deputy Clerk

**IN THE CIRCUIT COURT OF THE**
**FIFTH JUDICIAL CIRCUIT IN AND**
**FOR LAKE COUNTY, FLORIDA**

CASE NO. 2009-CA-7171

<u>BUFFALO'S FRANCHISE CONCEPTS, INC.</u>
Judgment Creditor

VS
<u>BUFFALOS CLERMONT, L.L.C. A/K/A BUFFALOS CLERMONT LLC</u>
Judgment Debtor

### NOTICE TO JUDGMENT DEBTOR

TO:    BUFFALOS CLERMONT, LLC A/K/A BUFFALO'S CLERMONT, LLC
       11435 LAKE LOUISA ROAD
       CLERMONT, FL 34711

Pursuant to the Florida Enforcement of Foreign Judgment Act, Florida Statutes, sections 55.501-55.509, you are hereby notified that a certified copy of a judgment entered in COBB County, GEORGIA, was recorded on DECEMBER 11, 2009 in the Lake County Official Records by the following judgment creditor BUFFALO'S FRANCHISE CONCEPTS, INC. whose attorney is JENNIFER HOWELL, ESQUIRE.

You are further notified that within thirty (30) days after the recording of the foreign judgment you may file an action contesting the jurisdiction of the court that entered the foreign judgment or the validity of the foreign judgment and record a lis pendens directed toward the foreign judgment. If you do so within 30 days of the mailing of this notice by the clerk, no execution or other process for enforcement of the foreign judgment shall issue without leave of court.

Unless one of the actions mentioned in the above paragraph is followed within 30 days after mailing of this notice by the clerk, the foreign judgment recorded by the clerk shall become a lien.

Signed and sealed this 14th day of DECEMBER, 2009.

NEIL KELLY,
CLERK OF CIRCUIT COURT

C Mitchell
Deputy Clerk

### Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing was mailed by certified mail to the Judgment Debtor and via regular mail to the attorney of record as stated this 14th day of DECEMBER, 2009, to JENNIFER HOWELL, ESQ., O/B/O ANNINO LAW FIRM, LLC, 707 WHITLOCK AVE., BLDG. E, STE, 16, MARIETTA, GA 30064.

C Mitchell
Deputy Clerk

IN THE CIRCUIT COURT OF THE
FIFTH JUDICIAL CIRCUIT, IN AND
FOR LAKE COUNTY, FLORIDA

CASE NO:      09-CA-7171

BUFFALO'S FRANCHISE CONCEPTS, INC.,

            Plaintiff,

vs.

BUFFALOS CLERMONT, L.L.C., a/k/a
BUFFALOS CLERMONT, LLC, et al.

            Defendant,

and

SUNTRUST BANK

            Garnishee.

_____/

## ANSWER OF THE GARNISHEE, SUNTRUST BANK

    Garnishee, SUNTRUST BANK, hereby Answers the Writ of Garnishment ("Writ') served upon it as follows:

    1.    Garnishee had at the time of service of the Writ, at the time of making this Answer and at all times between such periods, no account designated BUFFALOS CLERMONT LLC a/k/a BUFFALO'S CLERMONT, LLC, ROCKY TOP HOLDINGS, LLC, ANTONE E. DAVIS a/k/a ANTONE EUGENE DAVIS, and/ or CARRIE DAVIS a/k/a CATHERINE MARIE DAVIS a/k/a CATHERINE M. DAVIS. **Garnishee has retained $0.00 pursuant to the Writ.**

    2.    Garnishee has a safe deposit box, which is being held pursuant to the Writ and identified as follows:

| Name(s) on Box(es) | Box(es) No(s) | Box(es) Location |
|---|---|---|
| Antone Davis<br>Catherine M. Davis | 2634 | 581 E. Highway 50<br>Clermont, FL 34711 |

1



EXHIBIT

"H"

Garnishee has retained the safe deposit box(es) on its premises and has restricted access into the box(es) **pending further Orders of this Court.** In the event the court orders an inventory of the safe deposit box(es) and Plaintiff cannot obtain a key from the Defendant(s), there is a drilling fee of $219 to open the safe deposit box for an inventory of its contents.

3.    Garnishee has no other tangible or intangible personal property of said Defendant in its possession or control at the time of this Answer, and had no such property in its possession or control at the time of service of the Writ, nor at any time between such periods.

4.    Garnishee does not know of any other person, firm, or corporation indebted to said Defendant or who may have any of the goods and possessions of said Defendant in its or their possession or control.

5.    The undersigned counsel, a member of the Florida Bar and attorney for SunTrust Banks, Inc., the bank holding company for Garnishee, has prepared this Answer to the Writ.  The Garnishee hereby demands that the Clerk award the $100.00 statutory attorney garnishment fee for having legal representation in this garnishment action, as provided by Section 77.28, Florida Statutes, payable to SunTrust Bank.


<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by regular mail to: Rodger D. Moss, Jr., Esq., Zimmerman, Kiser & Sutcliffe, P.A., P.O. Box 3000, Orlando, FL 32802-3000, Attorney for Plaintiff, this 28th day of January, 2010.

SUNTRUST BANK

By: _____

JOHN A. BARRY
Florida Bar No.: 671541
200 South Orange Avenue
SunTrust Legal Department
Mail Code:  Fl-Orlando-2034
Orlando, Florida 32801
Telephone:  (407) 237-4640
Facsimile:  (407) 237-4797
Attorney for Garnishee

2