UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DISTRICT

In re:                                                          CASE NO.: 6:10-bk-01572-ABB

ANTONE EUGENE DAVIS and,                                        Chapter 7
CATHERINE MARIE DAVIS,

    Debtors.
_____/

**OBJECTION TO DEBTORS' CLAIM OF EXEMPTIONS
BY BUFFALO'S FRANCHISE CONCEPTS, INC.**

COMES NOW, Buffalo's Franchise Concepts, Inc. (hereinafter referred to as "Buffalo's), by and through its undersigned attorneys, and hereby files an Objection to the Debtors' Claim of Exemptions and in support thereof states as follows:

1. The Debtors, Antone Eugene Davis and Catherine Marie Davis (hereinafter referred to as "Debtors") filed the above-captioned Chapter 7 Bankruptcy case on February 2, 2010.

2. On February 3, 2010, Emerson C. Noble was appointed Chapter 7 Trustee.

3. The Debtors had previously filed a Chapter 13 case on September 30, 2009 and it was dismissed on November 23, 2009, Case Number 6:09-bk-14794-ABB.

4. The Debtors have listed on Schedule B, Question #4 personal assets valued at 635.00 located in a 7500 square foot home. Buffalo's objects to all personal property claimed by Debtors as exempt on Schedule B, #4 and believe the value far exceeds Debtors valuation in a 7500 square foot home.

5. On Schedule B, Question #35 of the prior Chapter 13 case, Debtors had scheduled a personal injury claim which does not appear in the Chapter 7 case schedules and the Debtor,

1

Antone Davis, testified at the 341 Meeting of Creditors that he still has problems with his left knee from being rear ended at a stop light sometime in December, 2009. Buffalo's objects to any personal injury claim of Antone Davis.

6. The Debtors did not list on Schedule B, Question #13 a membership interest in Buffalos Clermont, LLC, a Florida limited liability company. A true and correct copy of Florida Division of Corporations information on Buffalos Clermont, LLC is attached hereto as Exhibit "A" and incorporated by reference herein. Buffalo's objects to any membership interests of Debtors in Buffalo's Clermont, LLC.

7. The Debtors list on Schedule B, Question #13 stock in Rocky Top Holdings, LLC with a value of $00.00. A true and correct copy of Florida Division of Corporations information on Rocky Top Holdings, LLC is attached hereto as Exhibit "B" and incorporated by reference herein. Buffalo's objects to any membership interests of Debtors in Rocky Top Holdings, LLC.

8. The Debtors listed on Schedule A of the Chapter 13 case a home in Ft. Valley, Georgia and in the Chapter 7 case indicated that it was gifted and transferred to Debtors' parents sometime in 1992 on their Statement of Financial Affairs Question 7. A true and correct copy of the Warranty Deed dated July 13, 1998 is attached hereto as Exhibit "C" and incorporated by reference herein. The Warranty Deed shows the existence of the "Antone Davis Family Trust" which is not disclosed on any bankruptcy schedules. Buffalo's objects to any and all assets of the Antone Davis Family Trust.

9. The Debtors also claims exemptions under Schedule B, Question #35 for the Blue Sky, Earth and the Universe as well as citing a United States Supreme Court case, but no exemptions are claimed on Schedule C. Buffalo's objects to Debtors claim of exemptions in Schedule B, Question #35.

10. Buffalo's objects to the following exemptions of the Debtors:

   A. The NFL 401(k) pension in the amount of $180,000 for not being claimed on Schedule C and for being listed in an unknown amount on Schedule B, Question #12 when the amount is known by Debtors;

   B. The home in Georgia allegedly gifted to the parents in Ft. Valley, Georgia with the address of 118 Windy Hill Ct., Ft. Valley, GA 31030;

   C. The personal injury claim for the injury sustained sometime in December, 2009 to the left knee of Antone Davis when he was rear ended at a stop light;

   D. The personal assets of the Debtors listed as home furniture in the amount of $635.00 as Buffalo's believe that it is grossly undervalued based on a 7500 square foot home;

   E. Debtors' Membership Interests in Buffalos Clermont, LLC;

   F. Debtors' Membership Interests in Rocky Top Holdings, LLC;

   G. Anotne Davis Family Trust assets which have not been disclosed; and

   H. For all the Blue Sky, Earth and Universe allegedly claimed as exempt by Debtors on Schedule B, Question #35 to speicifically include any and all assets located in the SunTrust Bank safety deposit box.

WHEREFORE, Buffalo's Franchise Concepts, Inc. prays that this Court will sustain the objections to Debtors' exemptions, deny any claimed exemptions on Question 35 of Schedule B, and sustain the specific objections outlined above and order that the assets are 541 property of the Estate to be administered and liquidated by the Chapter 7 Trustee and for such other relief as is just and property under the circumstances of the case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Objection to Exemptions have been furnished via First Class U.S. Mail and/or electronic transmission to: Stephen J. Berlinsky, Esquire, The Berlinsky Law Firm, PA, 637 Eighth Street, Clermont, FL 34711, *attorney for Debtors*; Antone E. Davis and Catherine M. Davis, 11435 Lake Louisa Road, Clermont, FL 34711, *Debtors*, Brian M Annino, Esquire, Annino Law Firm, LLC, 707 Whitlock Avenue Building E, Suite 16, Marietta, GA 30064; United States Trustee-ORL7, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; and Emerson C. Noble, Post Office Box 195008, Winter Springs, FL 32719-5008, *Trustee*; on this 9th day of April, 2010.

*/s/ Richard Blackstone Webber II*
Richard Blackstone Webber II, Esquire
Florida Bar No.: 0608394
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 E. Robinson St., Ste. 600
P.O. Box 3000
Orlando, FL 32802
(407) 425-7010
Attorneys for Creditor,
Buffalo's Franchise Concepts, Inc.

RBW/msh
10313-2

4



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List                                    Entity Name Search
No Events           No Name History                                                    [Submit]

# Detail by Entity Name

### Florida Limited Liability Company
BUFFALOS CLERMONT, L.L.C.

### Filing Information
Document Number  L06000081281
FEI/EIN Number   208429994
Date Filed       08/16/2006
State            FL
Status           ACTIVE

### Principal Address
11435 LAKE LOUISA ROAD
CLERMONT FL 34711

Changed 02/13/2007

### Mailing Address
11435 LAKE LOUISA ROAD
CLERMONT FL 34711

Changed 02/13/2007

### Registered Agent Name & Address
DAVIS, ANTONE
11435 LAKE LOUISA ROAD
CLERMONT FL 34711

Address Changed: 02/13/2007

### Manager/Member Detail
**Name & Address**

Title MGRM

DAVIS, ANTONE
11435 LAKE LOUISA ROAD
CLERMONT FL 34711

### Annual Reports

Report Year   Filed Date
2007          02/13/2007
2008          04/09/2008
2009          03/31/2009

### Document Images



EXHIBIT "A"

| | |
|---|---|
| 03/31/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/09/2008 -- ANNUAL REPORT | View image in PDF format |
| 02/13/2007 -- ANNUAL REPORT | View image in PDF format |
| 08/16/2006 -- Florida Limited Liability | View image in PDF format |

Note: This is not official record. See documents if question or conflict.

**Previous on List**    **Next on List**    **Return To List**         Entity Name Search

**No Events**    **No Name History**                                    [ Submit ]

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List                    Entity Name Search
Events              Name History                                      [ Submit ]

# Detail by Entity Name

### Florida Limited Liability Company
ROCKY TOP HOLDINGS, LLC

### Filing Information

| | |
|---|---|
| Document Number | L05000040707 |
| FEI/EIN Number | 202817944 |
| Date Filed | 04/26/2005 |
| State | FL |
| Status | ACTIVE |
| Last Event | CANCEL ADM DISS/REV |
| Event Date Filed | 04/30/2008 |
| Event Effective Date | NONE |

### Principal Address

11435 LAKE LOUISA ROAD
CLERMONT FL 34711

Changed 04/30/2008

### Mailing Address

11435 LAKE LOUISA ROAD
CLERMONT FL 34711

Changed 04/30/2008

### Registered Agent Name & Address

DAVIS, ANTONE E
11435 LAKE LOUISA ROAD
CLERMONT FL 34711 US

Address Changed: 04/30/2008

### Manager/Member Detail

**Name & Address**

Title MGR

DAVIS, ANTONE E
11435 LAKE LOUISA ROAD
CLERMONT FL 34711

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2007 | 04/30/2008 |
| 2008 | 04/30/2008 |



EXHIBIT "B"

2009          03/31/2009

## Document Images

| | |
|---|---|
| 03/31/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2008 -- REINSTATEMENT | View image in PDF format |
| 04/30/2006 -- ANNUAL REPORT | View image in PDF format |
| 07/25/2005 -- Name Change | View image in PDF format |
| 04/26/2005 -- Florida Limited Liabilites | View image in PDF format |

Note: This is not official record. See documents if question or conflict.

Previous on List    Next on List    Return To List                    Entity Name Search

Events              Name History                                      [ Submit ]

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.



EXHIBIT "C"

PREPARED BY and RETURN TO:
Wade Boyette, Esquire
HOVIS & BOYETTE, P.A.
Post Office Drawer 120848
Clermont, FL 34712-0848

## WARRANTY DEED

This Indenture, Made this 13th day of July, 1998, in the year of our Lord One Thousand Nine Hundred and Ninety-Eight, between ANTONE DAVIS, of the County of Lake, of the State of Florida, Party of the First Part, and ANTONE DAVIS, AS TRUSTEE OF THE ANTONE DAVIS FAMILY TRUST dated July 13, 1998, of the County of Lake, of the State of Florida, Party of the Second Part,

Witnesseth: That the said parties of the first part, for and in consideration of the sum of TEN AND 00/100 DOLLARS ($10.00) AND OTHER GOOD AND VALUABLE CONSIDERATIONS, in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, have granted, bargained, sold, aliened, conveyed and confirmed, and by these presents do grant, bargain, sell alien, convey and confirm unto the said party of the second part, his heirs, legal representatives and assigns, all the following described property, to-wit:

All that certain tract, lot or parcel of land situate, lying and being in the State of Georgia, County of Peach and in Land Lot 248 of the 9th Land District therein, being more particularly shown and described as Lot 8, Windy Hill Estates, containing 1.254 acres, on that certain Subdivision Plat of Windy Hill Estates prepared by Thomas W. Futral, III, Georgia Registered Land Surveyor No. 1202, dated May 30, 1990, and recorded in Plat Book 16, Page 252, Clerk's Office, Peach County Superior Court, Georgia; reference to said plat and the recorded copy thereof is here had and made for all purposes.

Said property is more particularly described by metes and courses as follows: START at the intersection of the Northwest right of way line of State College Drive and the North right of way line of Windy Hill Court and run thence in a Southwesterly direction along the North right of way line of Windy Hill Court along an arc having a radius of 25.00 feet (the delta of said arc being 90 degrees 00' 00") for a distance of 39.27 feet to a point; thence in a Northwesterly direction along the North right of way line of Windy Hill Court along an arc having a radius of 433.28 feet (the delta of said arc being 52 degrees 26' 13") for a distance of 396.53 feet to a point; thence South 89 degrees 45' 00" West 28.55 feet to a point; thence South 89 degrees 45' 00" West 150.00 feet TO THE POINT OR PLACE OF BEGINNING. From said point or place of beginning, run thence North 00 degrees 15' 00" West 363.55 feet to a point; thence North 89 degrees 45' 00" West 150.01 feet to a point; thence South 00 degrees 15' 00" East 364.85 feet to a point on the North right of way line of Windy Hill Court; thence North 89 degrees 45' 00" East along the North right of way line of Windy Hill Court

Recorded September 30, 1998

BOOK 0193 PAGE 041

150.00 feet to the point or place of beginning.

Book 0119 page 042

Subject to easements, restrictions, reservations and mortgages of record, if any, but not to reimpose any void or lapsed restrictions or easements.

This is a conveyance to a Trustee not pursuant to a sale. Legal description provided by Party of the First Part. Full power and authority is granted to Party of the Second Part and the Successor Trustee(s) to protect, conserve, sell, lease, encumber or otherwise to manage and dispose of the land or any of it; no person dealing with the Trustee(s) or the Successor Trustee(s) shall be bound to the application of any purchase money mortgage or inquire into the validity, expediency or propriety of such sale or disposition.

TO HAVE AND TO HOLD the said above granted and described property with all and singular the rights, members and appurtenances thereunto appertaining, to the only proper use, benefit and behoof of the said Party of the Second Part, his heirs, legal representatives, and assigns, in fee simple; and the said Parties of the First Part the said bargained property above described unto the said Party of the Second Part, his heirs, executors, administrators and assigns, against the said Parties of the First Part, their heirs, legal representatives and assigns, and against all and every other person or persons, shall and will and to hereby warrant and forever defend and by virtue of these presents.

IN WITNESS WHEREOF, the said Parties of the First Part have hereunto set their hands, affixed their seals and delivered these presents, the day and year first above written.

Signed, Sealed and delivered in presence of:

_____
Lay Witness

_____
ANTONE DAVIS

_____
Lay Witness

STATE OF FLORIDA
COUNTY OF LAKE

The foregoing instrument was acknowledged before me this 13th day of July, 1998, by ANTONE DAVIS, who is personally known to me.

_____
Print or Type Name: Kenneth Wade Boyette, Jr.
Notary Public
My Commission Expires:

OFFICIAL NOTARY SEAL
KENNETH WADE BOYETTE JR
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC675012
MY COMMISSION EXP. JUNE 21, 1999

PEACH County, Georgia
Real Estate Transfer Tax
Paid: NONE
Date: September 30, 1998
Clerk of Superior Court
Deputy