UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DISTRICT

In re:                                                            CASE NO.: 6:10-bk-01572-ABB

ANTONE EUGENE DAVIS and,                         Chapter 7
CATHERINE MARIE DAVIS,

    Debtors.
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM THE
AUTOMATIC STAY BY BUFFALO'S FRANCHISE CONCEPTS, INC.**

THIS CASE came before the Court, after notice and hearing, on April 26, 2010 at 2:00 p.m. upon the Motion for Relief from the Automatic Stay filed by Buffalo's Franchise Concepts, Inc. (Docket No. 20). The Debtors consent to the Motion and the Trustee consents. Therefore, the Motion should be granted. Accordingly, it is

ORDERED AND ADJUDGED:

1.    The Motion for Relief from the Automatic Stay by Buffalo's Franchise Concepts, Inc. is **GRANTED**.

2.    The automatic stay is modified to permit Buffalo's Franchise Concepts, Inc. to take those steps permitted by law to terminate the Franchise Agreement and to recover Name and Mark items of "Buffalo's Southwest Café" and Debtors shall provide a key within fourteen (14) days of the entry of this Order to facilitate recovery.

3.    The automatic stay is also modified to allow inventory of the contents of Debtors' Safety Deposit Box Number 2634 located at SunTrust Bank in Clermont, Florida and Debtors shall furnish the key within fouteen (14) days of the entry of this Order to provide access thereto to prevent drilling fee and parties shall cooperate and coordinate a mutually agreeable time to

1

conduct the inventory.

4.     The automatic stay is also modified to permit inspection and appraisal of Debtors' personal property and the parties shall cooperate and coordinate a mutually agreeable time to conduct the appraisal of the Debtors' personal property within fourteen (14) days of the entry of this Order.

5.     This Order is entered for the sole purpose of allowing Buffalo's Franchise Concepts, Inc. to proceed *in rem* against the personal property described herein and this Order does not authorize Buffalo's Franchise Concepts, Inc. to seek or obtain an *in personam* remedy against the Debtors.

DONE AND ORDERED ON April 28, 2010.

_____
Arthur B. Briskman,
United States Bankruptcy Judge

3

COPIES TO:

| | |
|---|---|
| Richard B. Webber II, Esquire<br>Zimmerman, Kiser & Sutcliffe, P.A.<br>COPIES TO:<br><br>315 E. Robinson Street, Suite 600<br>P.O. Box 3000<br>Orlando, FL  32802-3000<br>*Attorneys for Creditor* | Robert L. Case, Esquire, Stovash<br>Case & Tingley, P.A.<br><br><br>SunTrust Center<br>200 S. Orange Avenue, #1220<br>Orlando, FL  32801<br>*Attorney for SunTrust Bank* |
| Stephen J. Berlinsky, Esquire<br>The Berlinsky Law Firm, PA<br>637 Eighth Street<br>Clermont, FL  34711<br>*Attorney for Debtors* | Emerson C. Noble<br>Post Office Box 195008<br>Winter Springs, FL 32719<br>*Chapter 7 Trustee* |