UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:
ANTONE EUGENE DAVIS                              CASE No.: 6:10-bk-1572-ABB
CATHERINE MARIE DAVIS
____Debtors_____/

RESPONSE TO
OBJECTION TO DEBTORS' CLAIM OF EXEMPTIONS
BY BUFFALO'S FRANCHISE CONCEPTS, INC.

COME NOW the Debtors, ANTONE & CAHTERINE DAVIS, by and through their undersigned attorney and file this response to the OBJECTION TO DEBTORS' CLAIM OF EXEMPTIONS BY BUFFALO'S FRANCHISE CONCEPTS, INC. and would show:

1.  As to paragraph 1, the debtors agree the case filed on February 2, 2010.

2.  As to paragraph 2, the debtors agree that on February 3, 2010, Emerson C. Noble was appointed as Chapter 7 Trustee.

3.  As to paragraph 3, the debtors agree that a previous case was filed under Chapter 13 on September 2009 and was dismissed on November 23, 2009 Case no.: 6-09-bk-14794-ABB.

4.  As to paragraph 4, the debtors have agreed to an appraisal of all personal property and believe the values of their personal property to be true and correct to the best of their knowledge. The consent of the inventory and appraisal reflects that the values were not placed on the property in bad faith.

5.  As to paragraph 5, Debtors are preparing amended Schedule B to reflect the personal injury claim and reflect the surrender of any interest in the personal injury claim resulting in the accident in December 2009.

6.  As to paragraph 6, Debtors are preparing amended Schedule B to reflect the interest in Buffalos Clermont, LLC and the surrender of their interest in the LLC.

7.  As to paragraph 7, Debtors are preparing amended Schedule B to reflect the surrender of their interest in the Rocky top Holdings LLC.

8.  As to paragraph 8, the debtors inadvertently listed the GA property on their schedule A of the chapter 13 case and not on the SOFA as transferred. The debtor is preparing an amended schedule B to reflect the "Antone Davis Family Trust" and surrendering their interest in that property/trust.

9. As to paragraph 9, Debtors are preparing amended Schedule B to delete the item #35 Blue Sky, Earth and Universe.

10. As to paragraph 10(A), the debtors are preparing an amended schedule B and schedule C which reflects the value of the NFL 401(k) pension and reflecting the exemption for this asset.

11. As to paragraph 10(B), the debtors are preparing amended schedule B reflecting the property owned by "Antone Davis Family Trust" and debtors' surrender of the property.

12. As to paragraph 10(C), the debtors are preparing amended schedule B reflecting the personal injury claim and the debtors surrender of any interest in that claim.

13. As to paragraph 10(D), the debtors have consented to an appraisal of all personal property to determine the true values and have prepared an amended schedule B and C to exempt any values that exceed currently listed values not to exceed the $1,000 per debtor personal exemption and the $4,000 per debtor exemption for not exempting a homestead.

14. As to paragraph 10(E), the debtors are surrendering their interest in Buffalos Clermont, LLC.

15. As to paragraph 10(F), the debtors are surrendering their interest in Rocky top Holdings, LLC.

16. As to paragraph 10(G), the debtors are preparing an amended schedule B to reflect the Antone Davis Family Trust.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Response has been provided by U.S. Mail and/or electronic transmission to: Zimmerman, Kiser & Sutcliffe, PA, Attn: Richard Blackstone Webber H, Esq., 315 E. Robinson Street, Suite 600, P.O. Box 3000, Orlando, Fl 32802; Brian M. Annino, Esq., Annino Law Firm, LLC, 707 Whitlock Ave., Building E, Suite 16, Marietta, GA 32801; Emerson C. Noble, P.O. Box 195008, Winter Springs, FL 32719-5008 on this 2nd day of May 2010.

Respectfully submitted,

/s/ STEPHEN J. BERLINSKY
STEPHEN J. BERLINSKY
Florida Bar No. 117421
THE BERLINSKY LAW FIRM, PA
637 Eighth Street
Clermont, FL 34711
Telephone: (352) 394-1883
Facsimile: (352) 534-0497
Attorneys for Debtor