UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO.: 10-1572-ABB

ANTONE EUGENE DAVIS
CATHERINE MARIE DAVIS

        Debtors.

_____/

## NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at United States Courthouse, Fairwinds Building, 135 W. Central Blvd, Suite 950, Orlando, FL 32801, and serve a copy on the Secured Creditor's attorney, Gary S. Blake, Esq., Gladstone Law Group, P.A., 1499 W. Palmetto Park Rd, Suite 300, Boca Raton, FL 33486.**

**If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

## MOTION TO COMPEL ABANDONMENT

Secured Creditor Hancock Bank (the "Secured Creditor") moves this Honorable Court to enter an Order pursuant to 11 U.S.C. § 554(b) and Rule 6007(b), Federal Rules of Bankruptcy Procedure, compelling the Trustee to abandon collateral real property located at 11435 Lake Louisa Road, Clermont, FL 34711 stating as follows:

1.      Secured Creditor holds a first mortgage encumbering real property located at 11435 Lake Louisa Road, Clermont, FL  34711 (the "Collateral Property").  A copy of the Secured Creditor's Promissory Notes are attached hereto as Exhibit "A", and a copy of the Mortgage, Assignment of Mortgage & Modification Agreement are attached hereto as Exhibit "B".

2.      Debtors did not claim the Collateral Property as exempt on Schedule C and their Statement of Intention indicates that they are surrendering their interest in the collateral property.

3.      A Discharge was entered on May 12, 2010.

4.      The Trustee has not entered a Report of No Distribution and has not abandoned any assets.

5.      11 U.S.C. § 554(b) provides:

> **(b)** On request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

6.      Debtors have no equity in the Collateral Property and therefore the Collateral Property is of inconsequential value and benefit to the bankruptcy estate and maintenance of the Collateral Property would be burdensome to the estate.  The Affidavit of Indebtedness, a copy of which is attached hereto as Exhibit "C", was prepared for a Motion for Relief from Stay which is no longer necessary due to the entry of the discharge, states that the total indebtedness owed to the secured creditor is $1,152,421.57.  The Lake County Property Appraiser has appraised the fair market value of the Collateral Property at $681,820.00 which is significantly less than the encumbrances, and a copy of the appraisal is attached as Exhibit "D."     Since Debtors have no equity in the Collateral property it is of inconsequential value and benefit to the bankruptcy estate and maintenance of the Collateral Property would be burdensome to the estate, therefore

this Court should enter an Order compelling the Trustee to abandon the Collateral Property pursuant to 11 U.S.C. § 554(b).

WHEREFORE, Secured Creditor requests that this Honorable Court enter an Order compelling the Trustee to abandon the Collateral Property pursuant to 11 U.S.C. § 554(b) and for such other relief which this Court deems just and proper.

**Gladstone Law Group, P.A.**

**BY:** /s/ Gary S. Blake, Esq.
Attorney for Secured Creditor
1499 W. Palmetto Park Rd, Suite 300
Boca Raton, FL 33486
Telephone #: 561-338-4101
Fax #: 561-338-4077
Florida Bar #: FBN 365688
gblake@lglaw.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 14, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants listed below:

**Stephen J. Berlinsky**
637 Eighth Street
Clermont, FL  34711

**Emerson C. Nobel**
Post Office Box 195008
Winter Springs, FL  32719-5008

and on September 14, 2010 a true and correct copy was mailed to the non-CM/ECF participants listed below:

Antone Eugene Davis
11435 Lake Louisa Road
Clermont, FL  34711

Catherine Marie Davis
11435 Lake Louisa Road
Clermont, FL  34711

**Gladstone Law Group, P.A.**

**BY:** /s/ Gary S. Blake, Esq.
Attorney for Secured Creditor
1499 W. Palmetto Park Rd, Suite 300
Boca Raton, FL 33486
Telephone #: 561-338-4101
Fax #: 561-338-4077
Florida Bar #: FBN 365688
gblake@lglaw.net